AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONEY A. WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HDSP DENTAL DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01667-GMN-BNW<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants, Jeremy Bean, Frank Dreesen, James Dzurenda, Glenn Fowler, William Kuloloia, Brian Williams Sr., Julie Williams, and Kenneth Williams, hereby request an extension of time to file their responsive pleading to the First Amended Complaint, ECF No. 28. This is Defendant's first requested extension of the subject deadline.

<u>**MEMORANDUM OF POINTS AND AUTHORITY**</u>

**I.　APPLICABLE LAW**

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made, before the original time or its extension expires," or "on motion made after the time has expired if the party failed to act because of excusable neglect."

To demonstrate good cause, the party seeking modification must show "that, even in the exercise of due diligence, [the party was] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087

(9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

**II.   ARGUMENT**

Defendants seek an extension of time to file their responsive pleading to the First Amended Complaint, ECF No. 28. Good cause is present to extend this deadline until December 26, 2025.

Counsel for Defendants sustained a large second degree burn to his left thigh while attempting to steep a pot of tea in his office on November 5, 2025. Counsel was triaged at the University Medical Center (UMC) that day, and counsel has since attended several outpatient appointments with UMC's Burn and Wound Clinic. Due to these appointments and the need to perform daily dressing changes, Defendants' counsel was intermittently out of office through the third week of November.

These intermittent absences and the intervening Thanksgiving holiday have prevented counsel from reviewing the First Amended Complaint and revising Defendants' motion to dismiss to address Plaintiff's new allegations, if any. Deadlines in various other matters within the next two weeks will prevent counsel from beginning revisions any sooner than the week of Christmas. An extension to December 26, 2025, will allow undersigned counsel adequate time to revise and file Defendants' motion to dismiss. Plaintiff will likely not be prejudiced by this extension.

Accordingly, Defendants respectfully request that this extension be granted for good cause shown. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260 (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

## III. CONCLUSION

Good cause and excusable neglect exist for an extension of the deadline to respond to the First Amended Complaint. This is the first request presented by Defendants seeking an extension of the deadline. There will be no prejudice to the Plaintiff in granting an extension of time until December 26, 2025.

DATED this 4th day of December, 2025.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone Jr.
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO **ORDERED**.

UNITED STATES MAGISTRATE JUDGE
DATED: December 5, 2025

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 4th, 2025, I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT [FIRST REQUEST]** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General